IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HOWARD MERRELL                                                                                      PLAINTIFF

v.                           NO. 3:17-cv-00213 KGB/PSH

NANCY A. BERRYHILL, Acting Commissioner                                    DEFENDANT
of the Social Security Administration

ORDER

Plaintiff Howard Merrell has filed an application to proceed in the district court without prepaying fees or costs, a submission the Clerk of the Court has construed as a motion for leave to proceed in forma pauperis. See Document 1. The Court has reviewed the motion and finds that it should be, and is granted. Plaintiff may proceed without the prepayment of fees or costs or the giving of security. The Clerk of the Court shall issue summons to plaintiff.

DATED this 15th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE