IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HOWARD MERRELL                                                          PLAINTIFF

v.                          NO. 3:17-cv-00213 PSH

CAROLYN W. COLVIN, Acting Commissioner                                  DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff Howard Merrell has filed the pending motion for extension of time to file a brief. See Pleading 11. For good cause shown, the motion is granted. Plaintiff is given up to, and including, January 15, 2018, to file a brief. The brief from the Acting Commissioner of the Social Security Administration is due forty-two days from the filing of plaintiff's brief.

IT IS SO ORDERED this 11th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE