IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HOWARD MERRELL                                                                          PLAINTIFF

v.                              NO. 3:17-cv-00213 PSH

NANCY A. BERRYHILL, Acting Commissioner                      DEFENDANT
of the Social Security Administration

JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 23rd day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE